**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

TFORCE FREIGHT, INC.,

    Plaintiff,

v.

    Case No. 3:23-cv-440-TJC-LLL

MIDNIGHT SUN IMPORTS, INC., and
MARIA COX,

    Defendants.

## O R D E R

Upon review of the Stipulation of Dismissal, Doc. 45, filed on October 20, 2023, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 24th day of October, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

vng
Copies:

Counsel of record